

IN THE
TENTH COURT OF APPEALS

No. 10-13-00129-CV

LONE STAR STEEL AKA BRAD STANDLEE
DBA LONE STAR STEEL,

Appellant

v.

SANDERS PLUMBING, INC.,

Appellee

From the 249th District Court
Johnson County, Texas
Trial Court No. 200900254

## ORDER

This appeal was abated on October 10, 2013.  At the appellee's request, it is now reinstated.

No brief has been filed for appellant.  Appellant had been notified by letter dated September 24, 2013 that the Court would dismiss the appeal for want of prosecution unless, within 21 days from the date of the letter, appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.  The

time for complying with this notice had not expired by the time the appeal was abated. Because the abatment order provided that any deadline that began to run and had not expired by the date of the order would begin anew as of the date the appeal is reinstated, appellant's time to file a response to the Court's September 24, 2013 letter begins anew.

Accordingly, the Court will dismiss the appeal for want of prosecution unless, within 21 days from the date of this Order, appellant or any party desiring to continue the appeal files a response showing grounds for continuing the appeal.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal reinstated, response requested
Order issued and filed November 7, 2013